UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF NORTH CAROLINA

U.S.A. vs. Oneal Jones, III                                       Docket No. 5:16-CR-90-1D

**Petition for Action on Supervised Release**

COMES NOW John A. Cooper, U.S. Probation Officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Oneal Jones, III, who, upon an earlier plea of guilty to 18 U.S.C. §§ 641 and 2, Theft of Government Property and Aiding and Abetting, was sentenced by the Honorable James C. Dever, III, U.S. District Judge, on September 13, 2016, to a five (5) year period of probation.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:**

The defendant is currently being supervised in the Eastern District of Texas by U.S. Probation Officer Ben Sanders. USPO Sanders reported that the defendant is receiving mental health services from the United States Department of Veteran Affairs. In order for the probation office to verify his attendance, prescriptions, and compliance with medication requirements, USPO Sanders has requested the court impose a condition requiring the defendant to take all mental health medications that are prescribed by his treating physician. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. You must take all mental health medications that are prescribed by your treating physician.

Except as herein modified, the judgment shall remain in full force and effect.

Reviewed and approved,                I declare under penalty of perjury that the foregoing
                                      is true and correct.

/s/ Robert L. Thornton                /s/ John A. Cooper
Robert L. Thornton                    John A. Cooper
Supervising U.S. Probation Officer    U.S. Probation Officer
                                      414 Chestnut Street
                                      Wilmington, NC 28401
                                      Phone: 910-679-2046
                                      Executed On: January 3, 2019

**ORDER OF THE COURT**

Considered and ordered this __8__ day of __January__, 2019, and ordered filed and made a part of the records in the above case.

James C. Dever, III
U.S. District Judge